# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| Juan Martin Melgarejo-Herrera | Case Number: 21-cr-03142-WVG |
| | Danielle Renee Peay |
| | *Defendant's Attorney* |

**REGISTRATION NO. 20083081**

THE DEFENDANT:
☒ pleaded guilty to count(s)  1 of Information
☐ was found guilty to count(s) _____
   after a plea of not guilty.
   Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 8:1325(a)(2) | Eluding Examination (Misdemeanor) | 1 |

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) 2 of Information  dismissed on the motion of the United States.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

6 Months

☒ Assessment: $10 WAIVED   ☒ Fine: WAIVED
☒ Court recommends USMS, ICE or DHS or other arresting agency return all property and all documents in the defendant's possession at the time of arrest upon their deportation or removal.
☐ Court recommends defendant be deported/removed with relative, _____ charged in case _____.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 7, 2021
Date of Imposition of Sentence

*/s/ William V. Gallo/*

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

21-cr-03142-WVG